IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. K. WADE,

    Plaintiff,

  v.

ALEXANDER ACOSTA,

    Defendant.

                                   /

No. C 17-80141 WHA

**ORDER DENYING LEAVE TO FILE COMPLAINT AGAINST SECRETARY OF LABOR**

On June 24, 2010, the undersigned judge ordered E. K. Wade to "seek leave from this Court" before filing any additional complaints against the Department of Labor, any of its employees, or against the United States or any other government official in connection with his disputes with the DOL stemming from his prior employment in the Office of Federal Contract Compliance Programs. *Wade v. Gilliland*, Case No. 10-00425 (Dkt. No. 100). Wade now seeks to file a new complaint against the Secretary of Labor and other defendants unspecified in the caption (although the allegations in the main text also encompass the DOL, OFCCP, and other defendants covered by the 2010 pre-filing review order). The Court has reviewed the proposed filings and finds them frivolous or duplicative of past rejected attempts. *See, e.g.*, *Wade v. Chao*, Case No. 17-80130; *Wade v. Chao*, Case No. 17-80094. Accordingly, the Clerk is directed not to accept Wade's proposed filings and shall please **CLOSE THE FILE**.

To be clear, "this Court," as that phrase was used in the 2010 pre-filing review order, is not limited to the undersigned judge. Any judge of this district may review Wade's proposed filings pursuant to that order.

**IT IS SO ORDERED.**

Dated: December 5, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE